UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 15, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Chad Hutchison, ) <br> ) <br> Defendant. ) | Case No. 2:07-cr-247 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Chad Hutchison</u> Case <u>2:07-cr-247 GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ Unsecured bond in the amount of $50,000, cosigned by defendant's mother to be substituted by a secured bond. w/in 14 days

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) __PTS conditions/supervision__

Issued at _Sacramento, CA_ on _6/15/07_ at _2:56 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge