DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S. 07-247-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO EXTEND |
| v. | ) | TIME TO POST PROPERTY BOND |
| | ) | |
| CHAD HUTCHISON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

  On June 15, 2007, this Court ordered Mr. Hutchison released on an $50,000.00 property bond, said property bond to be posted no later than the close of business on June 29, 2007.  Although most of the required paperwork has been received, additional time is required for the parties to notarize and record the deed of trust.  The sureties live in a remote area.  Accordingly, the parties agree that the deadline for posting the property bond may be extended two additional weeks, to July 13, 2007.  This office has contacted Carolyn Delaney of the U. S.

Attorneys' Office, and the Pretrial Service Office and they have no objection to this request.

Dated:  June 27, 2007

                                                        Respectfully submitted,

McGREGOR W. SCOTT                      DANIEL J. BRODERICK
United States Attorney                Federal Defender

/S/ Dennis S. Waks for

                                                        /s/ Dennis S. Waks for
CAROLYN DELANEY                         JEFFREY L. STANIELS
Assistant U.S. Attorney              Assistant Federal Defender
Attorney for United States          Attorneys for CHAD HUTCHISON

**O R D E R**

**IT IS SO ORDERED.**

Date:  June 28, 2007.

                                                                                    [signature]
                                                       U.S. MAGISTRATE JUDGE