DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-247 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| CHAD HUTCHISON, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. (In Chambers) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the status conference scheduled for August 17, 2007, was vacated and the matter continued until September 21, 2007, for further status conference at the request of the parties.  This stipulation documenting the agreement of the parties and the exclusion of time was drafted in timely fashion but inadvertently not filed contemporaneously with the continuance.

The reason for the continuance were to allow defense counsel to review information recently received from Mr. Hutchison, and to consult further with him concerning further steps to be taken in preparation of

1  a defense and decision concerning how to proceed in this matter.

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* is excluded from August 17, 2007,
4  through September 21, 2007, as agreed to by the parties.

5  **IT IS SO STIPULATED.**

6

7  Date:  September 12, 2007          /s/ Carolyn Delaney
                                      CAROLYN DELANEY
8                                     Assistant United States Attorney
                                      Counsel for Plaintiff
9

10

11 Date:  September 12, 2007          DANIEL J. BRODERICK
                                      Federal Defender
12

13                                    /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
14                                    Assistant Federal Defender
                                      Counsel for Defendant
15                                    CHAD HUTCHISON

16
                                **O R D E R**
17

18  **IT IS SO ORDERED.**

19

20 Dated:  September 13, 2007

21

22                                    _____
                                      GARLAND E. BURRELL, JR.
23                                    United States District Judge

24

25

26

27

28

Stipulation and Order                 -2-