DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-cr-247 GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| CHAD HUTCHISON, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. (In Chambers) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the status conference scheduled for September 21, 2007, be vacated and the matter continued until September 28, 2007, for further status conference at the request of the parties.

This continuance is sought due to the unavailability of defense counsel who will be out of the state due to a family emergency.

/ / / /

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* is excluded from September 21,

2007, through September 28, 2007.

**IT IS SO STIPULATED.**

Date:   September 18, 2007        /s/ Carolyn Delaney
                                  CAROLYN DELANEY
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:   September 18, 2007        DANIEL J. BRODERICK
                                  Federal Defender

                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  CHAD HUTCHISON

**O R D E R**

**IT IS SO ORDERED.**

September 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order           -2-