1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CHAD HUTCHISON
7

8                IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,      )  No. 2:07-cr-247 GEB
                                  )
13                 Plaintiff,     )
                                  )  STIPULATION AND [PROPOSED] ORDER
14      v.                        )  CONTINUING CASE AND EXCLUDING
                                  )  TIME
15 CHAD HUTCHISON,                )
                                  )
16                 Defendant.     )  Judge: Hon. Garland E. Burrell, Jr.
                                  )              (In Chambers)
17 _____)

18

19      **IT IS HEREBY STIPULATED** by and between Assistant United States

20 Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal

21 Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that

22 the status conference scheduled for January 18, 2008, be vacated and

23 the matter continued until February 15, 2008, for further status

24 conference at the request of the defense.

25      The reason for the continuance is to allow further investigation

26 and consultation concerning further steps to be taken in preparation of

27 a defense, and to reach a decision concerning how to proceed in this

28 matter.

1        **IT IS FURTHER STIPULATED** that time for trial under the Speedy

2   Trial Act, 18 U.S.C. § 3161 *et. seq.* is excluded from January 18, 2008,

3   through February 15, 2008.

4        **IT IS SO STIPULATED.**

5

6   Date:  January 17, 2008          /s/ Carolyn Delaney
                                     CAROLYN DELANEY
7                                    Assistant United States Attorney
                                     Counsel for Plaintiff
8

9

10  Date:  January 17, 2008         DANIEL J. BRODERICK
                                    Federal Defender
11

12                                   /s/ Jeffrey L. Staniels
                                    JEFFREY L. STANIELS
13                                  Assistant Federal Defender
                                    Counsel for Defendant
14                                  CHAD HUTCHISON

15                          **O R D E R**

16

17       **IT IS SO ORDERED.**

18  Dated:  January 17, 2008

19

20  _____
    GARLAND E. BURRELL, JR.
21  United States District Judge

22

23

24

25

26

27

28

Stipulation and Order            -2-