DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-247 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| CHAD HUTCHISON, ) | |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. ) | Date:  February 15, 2008 |
| ) | Time:  9:00 a.m. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the status conference scheduled for February 15, 2008, be vacated and the matter continued until March 14, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation with Mr. Hutchison concerning a decision concerning how to proceed in this matter.  The defense is in receipt of a proposed plea agreement and has arranged for Mr. Hutchison to make the 3½ hour trip to

Sacramento to meet personally with counsel

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* is excluded from February 15, 2008, through March 14, 2008.

**IT IS SO STIPULATED.**

Date:  February 13, 2008          /s/ Carolyn Delaney
                                  CAROLYN DELANEY
                                  Assistant United States Attorney
                                  Counsel for Plaintiff


Date:  February 13, 2008          DANIEL J. BRODERICK
                                  Federal Defender


                                   /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  CHAD HUTCHISON

**O R D E R**

**IT IS SO ORDERED.**

                By the Court,


Date:  February 15, 2008          _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

Stipulation and Order              -2-