DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | No. 2:07-cr-247 GEB |
| ) | |
| Plaintiff,  ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v.           ) | CONTINUING CASE AND EXCLUDING |
| ) | TIME |
| CHAD HUTCHISON,            ) | |
| ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant.  ) | Date:  March 14, 2008 |
| ) | Time:  9:00 a.m. |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the status conference scheduled for March 14, 2008, be vacated and the matter continued until April 4, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation with Mr. Hutchison concerning a decision concerning how to proceed in this matter.  The defense is in receipt of a proposed plea agreement and has arranged for Mr. Hutchison to make the 3½ hour trip to

1  Sacramento to meet personally with counsel

2  **IT IS FURTHER STIPULATED** that time for trial under the Speedy
3  Trial Act, 18 U.S.C. § 3161 *et. seq.* is excluded from March 14, 2008,
4  through April 4, 2008.

5  **IT IS SO STIPULATED.**

7  Date:  March 13, 2008           /s/ Carolyn Delaney
                                   CAROLYN DELANEY
8                                  Assistant United States Attorney
                                   Counsel for Plaintiff

11 Date:  March 13, 2008           DANIEL J. BRODERICK
                                   Federal Defender

13                                  /s/ Jeffrey L. Staniels
                                   JEFFREY L. STANIELS
14                                 Assistant Federal Defender
                                   Counsel for Defendant
15                                 CHAD HUTCHISON

**O R D E R**

18  **IT IS SO ORDERED.**

19                  By the Court,

20 Dated:  March 14, 2008

22                                 _____
                                   GARLAND E. BURRELL, JR.
23                                 United States District Judge

Stipulation and Order              -2-