DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAD HUTCHISON,<br><br>    Defendant.<br>_____ | No. 2:07-cr-247 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Judge: Hon. Garland E. Burrell, Jr.<br>Date:  May 2, 2008<br>Time:  9:00 a.m. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Carolyn Delaney, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the status conference scheduled for May 2, 2008, be vacated and the matter continued until May 16, 2008, for further status conference at the request of the defense.

The reason for the continuance is to allow further consultation with Mr. Hutchison concerning a decision concerning how to proceed in this matter and the unavailability of counsel.

1    **IT IS FURTHER STIPULATED** that time for trial under the Speedy
2    Trial Act be excluded between May 2, 2008 and May 16, 2008, pursuant to
3    18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.
4    **IT IS SO STIPULATED.**

6    Date:  May 2, 2008                /s/ Carolyn Delaney
                                       CAROLYN DELANEY
7                                      Assistant United States Attorney
                                       Counsel for Plaintiff

10   Date:  May 2, 2008                DANIEL J. BRODERICK
                                       Federal Defender

12                                      /s/ Jeffrey L. Staniels
                                       JEFFREY L. STANIELS
13                                     Assistant Federal Defender
                                       Counsel for Defendant
14                                     CHAD HUTCHISON

                              **O R D E R**

17   **IT IS SO ORDERED.**
     Dated: May 6, 2008

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge

Stipulation and Order              -2-