```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAROLYN K. DELANEY
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2798
 5
 6
 7
 8          IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:07-cr-00247 GEB
                                 )
12          Plaintiff,           )   PRELIMINARY ORDER OF
                                 )   FORFEITURE
13      v.                       )
                                 )
14  CHAD HUTCHISON,              )
                                 )
15          Defendant.           )
    _____)
16
17       Based upon the plea agreement entered into between plaintiff
18  United States of America and defendant Chad Hutchison, it is
19  hereby
20       ORDERED, ADJUDGED AND DECREED as follows:
21       1.  Pursuant to 18 U.S.C. § 2253, the following property
22  shall be condemned and forfeited to the United States of America,
23  to be disposed of according to law:
24           a)   a Sony Vaio computer;
25           b)   a Maxtor hard drive; and
26           c)   numerous CDs.
27       2.  The above-listed property constitutes property used or
28  intended to be used to commit or to promote the commission of a
```

1 | violation of 18 U.S.C. § 2252(a)(2).
2 |     3.  Pursuant to Rule 32.2(b), the Attorney General (or a
3 | designee) shall be authorized to seize the above-listed property.
4 | The aforementioned property shall be seized and held by the
5 | Department of Homeland Security, Customs and Border Protection,
6 | in its secure custody and control.
7 |     4.  a.  Pursuant to 18 U.S.C. § 2253(b), incorporating 21
8 | U.S.C. § 853(n), and Local Rule 83-171, the United States
9 | forthwith shall publish at least once for three successive weeks
10 | in the <u>Record Searchlight</u> (Shasta County), a newspaper of general
11 | circulation located in the county in which the above-listed
12 | property was seized, notice of this Order, notice of the
13 | Department of Homeland Security, Customs and Border Protection's
14 | intent to dispose of the property in such manner as the Attorney
15 | General and/or the Secretary of Treasury may direct, and notice
16 | that any person, other than the defendant, having or claiming a
17 | legal interest in the above-listed forfeited property must file a
18 | petition with the Court within thirty (30) days of the final
19 | publication of the notice or of receipt of actual notice,
20 | whichever is earlier.
21 |         b.  This notice shall state that the petition shall be
22 | for a hearing to adjudicate the validity of the petitioner's
23 | alleged interest in the property, shall be signed by the
24 | petitioner under penalty of perjury, and shall set forth the
25 | nature and extent of the petitioner's right, title or interest in
26 | the forfeited property and any additional facts supporting the
27 | petitioner's claim and the relief sought.
28 |         c.  The United States may also, to the extent

practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

    5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253 in which all interests will be addressed.

Dated:  June 16, 2008

                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge