```
DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHAD HUTCHISON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-cr-247 GEB |
| ) | |
| Plaintiff, ) | |
| ) | CORRECTED STIPULATION AND |
| v. ) | [PROPOSED] ORDER CONTINUING DATE |
| ) | FOR SENTENCING AND MODIFYING |
| CHAD HUTCHISON, ) | SCHEDULE FOR DISCLOSURE |
| ) | |
| Defendant. ) | Judge: Hon. Garland E. Burrell, Jr. |
| ) | (In Chambers) |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant CHAD HUTCHISON, that the date for sentencing, currently scheduled for August 8, 2008, be vacated and the matter continued until October 31, 2008, for sentencing at the request of the defense.

The reason for the continuance is to allow further investigation and evaluation of sentencing related matters.

**IT IS FURTHER STIPULATED** that the schedule for disclosure of the presentence report and related matters be modified as follows:

Proposed Presentence Report                                September 26, 2008

```
Counsel's Written Objections
to Proposed PSR                                        October 3, 2008

Presentence Report to be Filed                         October 10, 2008

Motion for Correction of PSR, if any                   October 17, 2008

Reply or Statement of Non-Opposition
to Motion for Correction                               October 24, 2008

Judgment and Sentencing Date                           October 31, 2008
```

**IT IS SO STIPULATED.**

Date:  July 31, 2008            /s/ Kyle Reardon
                                KYLE REARDON
                                Assistant United States Attorney
                                Counsel for Plaintiff


Date:  July 31, 2008            DANIEL J. BRODERICK
                                Federal Defender


                                /s/ Jeffrey L. Staniels
                                JEFFREY L. STANIELS
                                Assistant Federal Defender
                                Counsel for Defendant
                                CHAD HUTCHISON

**O R D E R**

**IT IS SO ORDERED.**

Dated:  August 1, 2008


                                _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

Stipulation and Order            -2-