DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHAD HUTCHISON


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>CHAD HUTCHISON,<br><br>              Defendant.<br>_____ | ) No. 2:07-cr-247 GEB<br>)<br>)<br>) STIPULATION AND [PROPOSED] ORDER<br>) CONTINUING DATE FOR SENTENCING<br>) AND MODIFYING SCHEDULE FOR<br>) DISCLOSURE<br>)<br>) Judge: Hon. Garland E. Burrell, Jr.<br>)<br>) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey

Staniels, counsel for defendant CHAD HUTCHISON, that the date for sentencing,

currently scheduled for October 31, 2008, be vacated and the matter continued

until December 5, 2008, for sentencing at the request of the defense.

The reason for the continuance is to allow further investigation and

evaluation of sentencing related matters.

**IT IS FURTHER STIPULATED** that the schedule for disclosure of the

presentence report and related matters be modified as follows:

Proposed Presentence Report                                                October 31, 2008

```
 1    Counsel's Written Objections
      to Proposed PSR                                    November 7, 2008
 2
      Presentence Report to be Filed                    November 14, 2008
 3
      Motion for Correction of PSR, if any              November 21, 2008
 4
      Reply or Statement of Non-Opposition
 5    to Motion for Correction                          November 28, 2008

 6    Judgment and Sentencing Date                       December 5, 2008

 7          IT IS SO STIPULATED.

 8    Date:  October 22, 2008          /s/ Kyle Reardon
                                      KYLE REARDON
 9                                    Assistant United States Attorney
                                      Counsel for Plaintiff
10

11

12    Date:  October 22, 2008         DANIEL J. BRODERICK
                                      Federal Defender
13

14                                     /s/ Jeffrey L. Staniels
                                      JEFFREY L. STANIELS
15                                    Assistant Federal Defender
                                      Counsel for Defendant
16                                    CHAD HUTCHISON

17                                    O R D E R

18

19          IT IS SO ORDERED.

20
      Dated:  October 30, 2008
21

22
                                      _____
                                      GARLAND E. BURRELL, JR.
23                                    United States District Judge

24

25

26

27

28


      Stipulation and Order              -2-
```