1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   CHAD HUTCHISON
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  No. 2:07-cr-247 GEB
                                  )
12                Plaintiff,      )  STIPULATION AND [PROPOSED] ORDER
                                  )  CONTINUING DATE FOR SENTENCING
13      v.                        )  AND MODIFYING SCHEDULE FOR
                                  )  DISCLOSURE
14 CHAD HUTCHISON,                )
                                  )  Judge: Hon. Garland E. Burrell, Jr.
15                Defendant.      )           (In Chambers)
                                  )
16 _____ )

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey

20 Staniels, counsel for defendant CHAD HUTCHISON, that the date for sentencing,

21 currently scheduled for December 5, 2008, be vacated and the matter continued

22 until January 9, 2009, for sentencing at the request of the defense.

23      The reason for the continuance is to allow completion of sentencing

24 related investigation and evaluation.

25      **IT IS FURTHER STIPULATED** that the schedule for disclosure of the

26 presentence report and related matters be modified as follows:

27 Proposed Presentence Report                          November 21, 2008

28 Counsel's Written Objections
   to Proposed PSR                                      December 5, 2008

Presentence Report to be Filed                    December 12, 2008

Motion for Correction of PSR, if any              December 19, 2008

Reply or Statement of Non-Opposition
to Motion for Correction                          December 29, 2008

Judgment and Sentencing Date                        January 9, 2009

        **IT IS SO STIPULATED.**

Date:  November 10, 2008          /s/ Kyle Reardon
                                  KYLE REARDON
                                  Assistant United States Attorney
                                  Counsel for Plaintiff

Date:  November 10, 2008          DANIEL J. BRODERICK
                                  Federal Defender

                                  /s/ Jeffrey L. Staniels
                                  JEFFREY L. STANIELS
                                  Assistant Federal Defender
                                  Counsel for Defendant
                                  CHAD HUTCHISON

                         **O R D E R**

        **IT IS SO ORDERED.**

                    By the Court,

Dated:  November 13, 2008

                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge