DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:07-cr-247 GEB |
|---|---|---|
| Plaintiff, | ) ) | [PROPOSED] ORDER SETTING NEW DATE FOR SENTENCING |
| v. | ) ) | |
| CHAD HUTCHISON, | ) ) | Judge: Hon. Garland E. Burrell, Jr. (In Chambers) |
| Defendant. | ) ) ) | |

WHEREAS the date for sentencing, previously scheduled for January 9, 2009, was vacated and continued until February 6, 2009, at the request of the defense, in order to allow for further preparation; and

WHEREAS Defense Counsel inadvertently failed to submit a written order memorializing that change of schedule;

THEREFORE, the date for sentencing in the above matter is hereby re-set for February 6, 2009, at 9:00 a.m. on this court's regular criminal calendar.

**IT IS SO ORDERED.**

By the Court,

Dated: February 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge