| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | KYLE F. REARDON<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 554-2700 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00247 GEB |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| v. | ) | |
| CHAD HUTCHISON, | ) | |
| Defendant. | ) | |

WHEREAS, on June 17, 2008, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253 based upon the plea agreement entered into between plaintiff and defendant Chad Hutchison forfeiting to the United States the following property:

      a) a Sony Vaio computer;

      b) a Maxtor hard drive; and

      c) numerous CDs.

AND WHEREAS, on July 11, 18 and 25, 2008, the United States published notice of the Court's Preliminary Order of Forfeiture in the Record Searchlight (Shasta County), a newspaper of general circulation located in the county in which the subject property

was seized. Said published notice advised all third parties of their right to petition the Court within thirty (30) days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the United States has provided direct written notice to Linda Hutchison;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Chad Hutchison.

2. All right, title, and interest in the above-listed property shall vest solely in the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

Dated: March 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge