DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:07-cr-0247 GEB |
| Plaintiff, | |
| v. | [PROPOSED] ORDER EXTENDING DATE FOR SELF SURRENDER |
| CHAD HUTCHISON, | |
| Defendant. | Judge: Hon. Garland E. Burrell, Jr. (In Chambers) |
| _____ | |

WHEREAS, Defendant CHAD HUTCHISON by his court-appointed attorneys, the Office of the Federal Defender, and Assistant Federal Defender Jeffrey L. Staniels, seeks an order extending the time within which Mr. Hutchison is required to self-surrender to commence service of the sentence imposed by this court, and

WHEREAS when sentence was imposed on February 6, 2009, Mr. Hutchison was ordered to self-surrender on March 20, 2009, and

WHEREAS defense counsel has been advised by the U.S. Marshal that information required to be forwarded to the Bureau of Prisons (BOP) designation desk was not received by them and submitted until approximately two weeks ago, and

WHEREAS, the U.S. Marshal advised that no designation has been received as of this writing, and

1  WHEREAS the court is advised that counsel for the government has been orally advised of this
2  request and has informed defense counsel that he does not oppose this request.
3  THEREFORE, for the reasons stated, the court's previous order that Mr. Hutchison self-surrender
4  on March 20, 2009, to commence the service of the sentence imposed by this court is hereby VACATED,
5  and Mr. Hutchison is hereby ordered to self-surrender on **April 9, 2009**, not later than 2:00 p.m.

Respectfully submitted,

Date: March 18, 2009   /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
CHAD HUTCHISON

**O R D E R**

IT IS SO ORDERED.

By the Court,

Dated: March 19, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge