| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEFFREY L. STANIELS, Bar #91413 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | |
| | Attorney for Defendant |
| 6 | CHAD HUTCHISON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:07-cr-0247 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AMENDED** [PROPOSED] ORDER |
| v. | ) | EXTENDING DATE FOR SELF SURRENDER |
| | ) | |
| CHAD HUTCHISON, | ) | |
| | ) | Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | (In Chambers) |
| | ) | |
| _____ | ) | |

WHEREAS, Defendant CHAD HUTCHISON by his court-appointed attorneys, the Office of the Federal Defender, and Assistant Federal Defender Jeffrey L. Staniels, seeks an order extending the time within which Mr. Hutchison is required to self-surrender to commence service of the sentence imposed by this court, and

WHEREAS when sentence was imposed on February 6, 2009, Mr. Hutchison was ordered to self-surrender on March 20, 2009, and

WHEREAS defense counsel advises that, due to delayed receipt of needed information by the Bureau of Prisons designation desk, a designation was made only yesterday, less than two days before the established date for self-surrender, and

WHEREAS, the designated institution is located at Lompoc, California, a 10-12 hour drive from

Mr. Hutchison's home, and

WHEREAS, arrangements on such short notice to drive Mr. Hutchison to the prison, including time off work for his mother, the intended driver, are uncertain, and

WHEREAS, self-surrender is a substantially favorable factor in the security classification underlying the designation and subsequent in-custody treatment of a prisoner, and

WHEREAS, the delay in making a designation is no way attributable to Mr. Hutchison,

WHEREAS counsel for the government has orally advised defense counsel that he does not oppose an extension of time for self-surrender.

THEREFORE, for the reasons stated, the court's previous order that Mr. Hutchison self-surrender on March 20, 2009, to commence the service of the sentence imposed by this court is hereby VACATED, and Mr. Hutchison is hereby ordered to self-surrender on **March 26, 2009**, not later than 2:00 p.m.

Respectfully submitted,

Date: March 18, 2009
/S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
CHAD HUTCHISON

**O R D E R**

The order filed March 19, 2009, is vacated, and Mr. Hutchison is hereby ordered to self-surrender on **March 26, 2009**, not later than 2:00 p.m.

Dated: March 20, 2009

GARLAND E. BURRELL, JR.
United States District Judge