DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
CHAD HUTCHISON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. Cr. S 07-0247 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER EXONERATING BOND |
| v. | ) | |
| | ) | |
| CHAD HUTCHISON, | ) | |
| | ) | Judge:  Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |


     WHEREAS, Mr. Hutchison was ordered released pending proceedings in
this court on conditions which included the filing of a bond in the
amount of $50,000, secured by his family's residence at 40576 Old
School Road, Falls River Mills, California 96028, CR 7,8, which bond
was filed on July 12, 2007, CR 16, and

     WHEREAS, On March 26, 2009, Mr. Hutchison, having previously pled
guilty and been sentenced, self-surrendered to the Bureau of Prison's
facility in Lompoc, California, where he is now serving the sentence

imposed by this court, and

WHEREAS, defense counsel requests an order exonerating the bond posted in order that the deed of trust may be reconveyed, and advises that no lien for attorneys' fees is asserted with respect to this case inasmuch as the Office of the Federal Defender has represented Mr. Hutchison throughout these proceedings, and

WHEREAS defense counsel advises that government counsel, Assistant U.S. Attorney Kyle Reardon, has been advised of this request and has informed defense counsel that the government does not oppose the issuance of this order,

THEREFORE, it is hereby ORDERED that the above referenced secured bond filed in this case in compliance with the conditions of Mr. Hutchison's release be and hereby is EXONERATED.

**IT IS SO ORDERED.**

Dated: April 8, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge